UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO RIVERA VALENCIA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LAU, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:17-cv-09263-DOC (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, the Report and Recommendation ("R&R") of the United States Magistrate Judge, and the objections filed by Plaintiff. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

/ /

/ / /

/ / /

/ / /

/ / /

IT IS THEREFORE ORDERED that the R&R is ADOPTED, Defendants' Motion for Summary Judgment is GRANTED, and Judgment be entered DISMISSING this action WITHOUT PREJUDICE.

Dated: March 31, 2020

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge