JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO RIVERA VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>LAU, et al.,<br><br>Defendants. | Case No. 2:17-cv-09263-DOC (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: March 31, 2020

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge